ROGER L. GRANDGENETT, II, ESQ., Nevada Bar # 6323
KRISTINA ESCAMILLA GILMORE, ESQ., Nevada Bar # 11564
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITANIE FLETCHER,<br><br>           Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, doing business as NEVADA SOUTHERN DETENTION CENTER,<br><br>           Defendant. | Case No. 2:12-cv-01565-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff Britanie Fletcher and Defendant Corrections Corporation of America dba Nevada Southern Detention Center, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice with each party to bear their own costs and fees.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

IT IS SO STIPULATED.

Dated: January 25, 2013

Respectfully submitted,

_____
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
BRITANIE FLETCHER

Dated: January __, 2013

Respectfully submitted,

_____
ROGER L. GRANDGENETT, II, ESQ.
KRISTINA ESCAMILLA GILMORE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA

ORDER

IT IS SO ORDERED.

Dated February 1, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:117627164.1 057737.1044

2.