1   ROGER L. GRANDGENETT, II, ESQ., Nevada Bar # 6323
    KRISTINA ESCAMILLA GILMORE, ESQ., Nevada Bar # 11564
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:    702.862.8800
    Fax No.:       702.862.8811
5
    Attorneys for Defendant
6   CORRECTIONS CORPORATION OF AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11   BRITANIE FLETCHER,                       Case No. 2:12-cv-01565-JCM-VCF

12              Plaintiff,

13   vs.

14   CORRECTIONS CORPORATION OF              **STIPULATION AND ORDER TO
     AMERICA, a Maryland corporation, doing   DISMISS ENTIRE ACTION WITH
15   business as NEVADA SOUTHERN              PREJUDICE**
     DETENTION CENTER,
16
                Defendant.
17

18

19       Plaintiff Britanie Fletcher and Defendant Corrections Corporation of America dba Nevada

20   Southern Detention Center, by and through their respective counsel of record, hereby stipulate and

21   respectfully request an order dismissing this action in its entirety with prejudice with each party to

22   bear their own costs and fees.

23   . . .

24   . . .

25   . . .

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

1    **IT IS SO STIPULATED.**

2    Dated:  January 25, 2013                    Dated:  January 2, 2013

3    Respectfully submitted,                     Respectfully submitted,

4

5    _____            _____

6    ROBERT P. SPRETNAK, ESQ.                    ROGER L. GRANDGENETT, II, ESQ.
     LAW OFFICES OF ROBERT P.                    KRISTINA ESCAMILLA GILMORE, ESQ.
7    SPRETNAK                                    LITTLER MENDELSON, P.C.

8    Attorneys for Plaintiff                     Attorneys for Defendant
     BRITANIE FLETCHER                           CORRECTIONS CORPORATION OF
9                                                AMERICA

10                                               **ORDER**

11       **IT IS SO ORDERED.**

12       Dated February 1, 2013.

13                                               _____
14                                               UNITED STATES DISTRICT COURT JUDGE

15

16   Firmwide:117627164.1 057737.1044

17

18

19

20

21

22

23

24

25

26

27

28

LER MENDELSON, P.C.
Attorneys At Law
60 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702 862 8800